AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KEVIN L. THREAT | ) | Case No. 11 - 5145WC |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 2007 through April 2008__ in the county of __Prince George's__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 661 | Theft within the special maritime and territorial jurisdiction of the United States |

FILED
LOGGED
ENTERED
RECEIVED

DEC 02 2011

BY CLERK, U.S. DISTRICT COURT
AT GREENBELT
DISTRICT OF MARYLAND

DEPUTY

This criminal complaint is based on these facts:
See affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Matthew M. Grimm, SA, U.S. Dep't of Labor, OIG
Printed name and title

Sworn to before me and signed in my presence.

Date: November 28 2011 11:45AM

_____
Judge's signature

City and state: Greenbelt, MD

William Connelly, Magistrate Judge
Printed name and title